JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/1/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIXTO ALEGRIA FERNANDEZ,<br>      Plaintiff,<br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>      Defendant. | Case No. 2:18-cv-10144-SK<br><br>JUDGMENT OF REMAND |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 1, 2019

                                    HONORABLE STEVE KIM
                                    UNITED STATES MAGISTRATE JUDGE